1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LONNIE MO'NIQUE WILLIAMS-TURNER, <br>               Plaintiff, <br><br>      v. <br><br> SYLMAR JUVENILE HALL and MORGAN (Staff) <br>               Defendants. | Case No. 2:20-cv-03607-PSG (JDE) <br><br> REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff's First Amended Complaint (Dkt. 10), the Order to Show Cause (Dkt. 17), and the Report and Recommendation of the Magistrate Judge (Dkt. 19). Plaintiff did not file timely written objections to the Report and Recommendation. The Report and Recommendation is approved and accepted

IT IS HEREBY ORDERED that Judgment shall be entered dismissing this case without prejudice.

Dated: _____1/14/21_____

_____
PHILIP S. GUTIERREZ
Chief United States District Judge