1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| LONNIE MO'NIQUE WILLIAMS-TURNER,<br><br>            Plaintiff,<br><br>       v.<br><br>SYLMAR JUVENILE HALL and MORGAN (Staff)<br><br>           Defendants. | Case No. 2:20-cv-03607-PSG (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated:   1/14/21   _____

_____
PHILIP S. GUTIERREZ
Chief United States District Judge